Adam C. Weiss (AW-5752)
THE LAW FIRM OF ADAM C. WEISS, PLLC
3 School Street, Suite 303
Glen Cove, New York 11542
(516) 277-2323 (tel)
(516) 759-2556 (fax)
Email: adam@acweisslaw.com

*Attorneys for Defendants*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN GOMEZ RIOS, ELIEZER FRANCIS,
GILDARDO OJEDA-JUAREZ, CARLOS
SUAREZ, PEDRO TLACOMULCO, and
RENE ALMAZO,

        Plaintiffs,

    -against-

LOUYA CORP. d/b/a JACQUES BRASSERIE,
SERVICE CORP. d/b/a JACQUES 1534, JBB
BAR AND GRILL, INC. d/b/a THE PITCH &
FORK, and HAMIMI "JACQUES" OUARI,

        Defendants.
------------------------------------------------------------X

14-CV-06800 (GHW)

**ORDER TO SHOW CAUSE**

       Upon Defendants' Memorandum of Law, the Declaration of Adam C. Weiss, Esq., it is hereby

       **ORDERED** that the Plaintiffs show cause before the undersigned in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, New York, at 12:00, p.m., on the 19th day of January 2016, why an Order should not issue vacating and/or modifying under Fed.R.Civ.P. 60, the Court's October 9, 2015 Order (Docket Entry No. 79) entering judgment jointly and severally for $63,724.17 against defendants Service Corp. and JBB Bar and Grill Inc.; and it is hereby

**FURTHER ORDERED** that delivery to the Plaintiffs' counsel, Fitapelli & Schaeffer, LLP, 475 Park Ave. South, New York, NY 10016 of a copy of this Order to Show Cause, together with all supporting papers, by express mail, overnight delivery, on or before January 8, 2016 shall constitute good and sufficient service; and it is hereby

**FURTHER ORDERED** that opposition to this Order to Show Cause, if any, shall be filed with the Court and served upon Adam C. Weiss, Esq., The Law Firm of Adam C. Weiss, PLLC, 3 School Street, Ste 303, Glen Cove, New York 11542 on or before January 14, 2016; and it is hereby

**FURTHER ORDERED** that reply papers, if any, shall be filed with the Court and served upon Plaintiffs or their counsel on or before January 16, 2016.

SO ORDERED.

Dated: January 7, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge